**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ENPULZ AUTOMOTIVE LLC, | ) | Case No. 2:26-cv |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| HONDA MOTOR CO., LTD., | ) | |
| Defendant. | ) | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Enpulz Automotive LLC ("Enpulz" or "Plaintiff") for its Complaint against Defendant Honda Motor Co., Ltd. ("Honda" or "Defendant") for patent infringement alleges as follows:

**THE PARTIES**

1. Enpulz is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business located at 700 South Central Expressway, Suite 400 PMB 299, Allen, TX 75013.

2. On information and belief, Defendant Honda is a Japanese corporation, with its principal place of business located at TORANOMON ALCEA TOWER 2-2-3 Toranomon, Minato-ku, Tokyo 105-8404, Japan. On information and belief, Defendant conducts business, either directly or through one or more of its subsidiaries, agents, affiliates, and/or intermediaries, in this judicial district and elsewhere in the United States, including, without limitation, making, using, offering to sell, selling, and/or importing products containing integrated wireless communications devices that embody the patented technology of the Asserted Patents (defined

below), and enabling end-user purchasers to use such connected vehicles throughout the United States, including this Judicial District.

3. Honda, including its respective U.S. and foreign-based employees, agents, distributors, affiliates, business partners, retail partners, and customers (which act as part of a global network and supply chain of overseas sales and manufacturing subsidiaries), have operated as agents of one another and vicariously as parts of the same business group, working in concert together and entering into agreements that are nearer than arm's length. Honda and its U.S. and foreign-based employees, agents, distributors, affiliates, business partners, retail partners, and/or customers, individually and/or in concert, conduct business (and have conducted business) in the United States, including importing, shipping, distributing, offering to sell, and selling the Accused Products (defined below) that incorporate devices, systems, and processes that infringe the Asserted Patents in Texas and this District. *See Trois v. Apple Tree Auction Ctr., Inc.*, 882 F.3d 485, 490 (5th Cir. 2018) ("A defendant may be subject to personal jurisdiction because of the activities of its agent within the forum state . . . ."); *see also Cephalon, Inc. v. Watson Pharms., Inc.*, 629 F. Supp. 2d 338, 348 (D. Del. 2009) ("The agency theory may be applied not only to parents and subsidiaries, but also to companies that are 'two arms of the same business group,' operate in concert with each other, and enter into agreements with each other that are nearer than arm's length.").

4. Through importation, manufacture, use, offers to sell, sales, distributions, and/or related agreements to transfer ownership of Defendant's infringing products with subsidiaries, distributors, and/or customers operating in and maintaining significant business presences in the United States, this State, and this District, Defendant does extensive business in the United States, this State, and this District.

5. Defendant operates (and has operated) in agency with its respective foreign and U.S.-based subsidiaries, affiliates, distributors, retail partners, suppliers, and customers, to provide a distribution channel of infringing products within this District and the U.S. nationally. Defendant and/or its respective agents and foreign and U.S.-based subsidiaries, affiliates, distributors, retail partners, suppliers, and customers, purposefully direct (and have directed) the infringing products into established distribution channels within this District and the U.S. nationally.

6. On information and belief, Defendant, including its respective U.S. and foreign-based subsidiaries, employees, agents, distributors, affiliates, business partners, retail partners, and customers (which act as part of a global network and supply chain of overseas sales and manufacturing subsidiaries), have operated as agents of one another and vicariously as parts of the same business group, working in concert together and entering into agreements that are nearer than arm's length. Defendant and its U.S. and foreign-based subsidiaries, employees, agents, distributors, affiliates, business partners, retail partners, and/or customers, individually and/or in concert, conduct business (and have conducted business) in the United States, including importing, shipping, distributing, offering to sell, and selling the infringing products that incorporate devices, systems, and processes that infringed the Asserted Patents in Texas and this District.

7. Defendant and its subsidiaries operate through coordinated management, common ownership, common Honda and Acura-branded advertising and customer-support platforms, integrated U.S. facilities, common distribution chains and dealer/financing platforms, and overlapping Honda and Acura-branded infringing product lines and products involving related technologies. On information and belief, Defendant operates (and has operated) as a single business entity and/or in concert with its affiliates, distributors, subsidiaries, suppliers, retail partners, customers, and/or agents to manufacture, sell, offer to sell, import, market, advertise,

and/or otherwise promote the infringing products in the United States, including in the State of Texas generally and this District in particular.

8. On information and belief, Defendant and its subsidiaries operate as a unitary business venture and are jointly and severally liable for the acts of patent infringement alleged herein. On information and belief, Defendant and its subsidiaries operate as an integrated Defendant business enterprise with respect to the infringing products, and Defendant is liable for the infringing acts alleged herein directly, vicariously, and/or through agency and alter-ego principles.

9. Through use, offers to sell, sales, imports, distributions, and other related agreements to transfer ownership of Defendant's infringing products by and/or to affiliates, distributors, subsidiaries, suppliers, business partners, retail partners, customers, and/or agents, Defendant is operating in (and has operated in) and maintaining (and has maintained) a significant business presence in the U.S. and, through its U.S. subsidiaries or agents, Defendant has done (and does) business in the U.S., the State of Texas, and in this District.

## JURISDICTION

10. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

11. This Court has specific and general personal jurisdiction over Defendant consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute because, among other things, Defendant has engaged in continuous, systematic, and substantial business in Texas and has committed and continues to commit, directly or through intermediaries (including subsidiaries, agents, distributors, affiliates, retailers, suppliers,

integrators, customers, and others), acts of patent infringement in this State and this District. Such acts of infringement include making, using, testing, offering for sale, selling, and/or importing the Accused Products in this State and this District and/or inducing others to commit acts of patent infringement in this State and District. Indeed, Defendant has purposefully and voluntarily placed, and is continuing to place, one or more infringing products into the stream of commerce through established distribution channels with the expectation and intent that such products will be sold to and purchased by consumers in the United States, this State, and this District; and with the knowledge and expectation that such products (whether in standalone form or as integrated in downstream products) will be imported into the United States, this State, and this District.

12. On information and belief, Defendant has derived substantial revenues from its infringing acts occurring within this State and this District. Defendant has substantial business in this State and this District, including (i) at least part of its infringing activities alleged herein and (ii) regularly doing or soliciting business, engaging in other persistent conduct, and/or deriving substantial revenue from infringing goods offered for sale, sold, and imported, and services provided to Texas residents vicariously through and/or in concert with its agents, intermediaries, distributors, importers, customers, subsidiaries, and/or consumers.

13. On information and belief, Defendant controls (or has controlled) or otherwise directs (or has directed) and authorizes (or has authorized) all activities of its U.S.-based (or foreign-based with the knowledge that infringing products are directed to the United States and this District) agents and/or sales and/or distribution subsidiaries. Such directed and authorized activities include the U.S.-based (and/or foreign-based) subsidiaries' and/or agents having used, offered for sale, sold, and/or imported Accused Instrumentalities, their components, processes, and/or products containing the same that incorporated the fundamental technologies and claims of

the Asserted Patents. Defendant's U.S.-based (and/or foreign-based) sales and/or distribution subsidiaries and/or agents were authorized to import, distribute, sell, or offer for sale Accused Instrumentalities on behalf of Defendant. For example, Defendant researched, designed, developed, and manufactured infringing products, and then directed its U.S.-based (and/or foreign-based) sales subsidiaries, distributors, business partners, agents, and/or others to import, distribute, offer for sale, and sell infringing products in the United States. *See, e.g.*, *Am. Pats. LLC v. D-Link Corp.*, No. 4:19-CV-764, 2020 WL 3972740, at *5 (E.D. Tex. July 14, 2020) ("It is enough, for a prima facie case, that [defendant] appears to have had a role in orchestrating—through its wholly owned subsidiary—the accused products' placement in the stream of commerce.") (emphasis omitted); *see also United States v. Hui Hsiung*, 778 F.3d 738, 743 (9th Cir. 2015) (finding that the sale of infringing products to third parties rather than for direct import into the U.S. did not "place [defendants'] conduct beyond the reach of United States law [or allow them to] escape culpability under the rubric of extraterritoriality"). Thus, Defendant conducted infringing activities, and Defendant's U.S.-based (and foreign-based) sales subsidiaries and/or distributors and/or agents and/or business partners conducted infringing activities on behalf of Defendant.

14. On information and belief, Defendant's U.S.-based (and/or foreign-based) sales and/or distribution subsidiaries' and/or agents' presence (including in the past) in the United States gave Defendant substantially the same business advantages that it would have enjoyed if Defendant conducted its business through its own offices or paid agents. Defendant's U.S.-based (and/or foreign-based) sales subsidiaries and/or distributors and/or agents were authorized to import, distribute, sell, and offer for sale Defendant's products, including the Accused Instrumentalities, as well as their components and processes related to the same, on behalf of Defendant. For example, Defendant's U.S.-based (and/or foreign-based) sales subsidiaries and/or

agents operated within Defendant's global network and supply chain of sales. In the U.S., including within the Eastern District of Texas, the Accused Instrumentalities, as well as their components and processes related to the same, were imported, distributed, offered for sale, and/or sold.

15. Via Defendant's alter egos, agents, business partners, intermediaries, distributors, importers, customers, subsidiaries, and/or consumers that maintained a business presence, operated in, and/or resided in the U.S., Defendant's products, including products and processes accused of infringing the Asserted Patents, are or have been widely distributed and sold in Texas including within this District. *See Litecubes, LLC v. N. Light Prods., Inc.*, 523 F.3d 1353, 1369-70 (Fed. Cir. 2008) ("[T]he sale [for purposes of § 271] occurred at the location of the buyer."); *see also Semcon IP Inc. v. Kyocera Corp.*, No. 2:18-CV-00197-JRG, 2019 WL 1979930, at *2-4 (E.D. Tex. May 3, 2019) (denying accused infringer's motion to dismiss because plaintiff sufficiently pleaded that purchases of infringing products outside of the United States for importation into and sales to customers in the U.S. may constitute a sale or an offer to sell under § 271(a)).

16. On information and belief, Defendant has placed infringing products and/or products that practiced infringing processes into the stream of commerce via established distribution channels comprising at least its subsidiaries, business partners, affiliates, distributors, and/or agents or customers, with the knowledge and/or intent that those products were imported, used, offered for sale, and sold in the United States and Texas, including in this District. As a result, Defendant has, vicariously through and/or in concert with alter egos, agents, intermediaries, distributors, affiliates, importers, customers, subsidiaries, and/or consumers, placed infringing products into the stream of commerce via established distribution channels with the knowledge

and/or intent that those products were sold and continue to be sold in the United States and Texas, including in this District.

17. The minimum contacts test is satisfied because Defendant delivers its products (e.g., Honda and Acura-branded vehicles) into the stream of commerce with the expectation that they will be purchased by consumers in Texas. *See Beverly Hills Fan Co. v. Royal Sovereign Corp.*, 21 F.3d 1558, 1566 (Fed. Cir. 1994) (quoting *World-Wide Volkswagen Corp. v. Woodson*, 100 S. Ct. 559, 567 (1980)); *see also Universal Connectivity Techs. Inc. v. Lenovo Grp. Ltd.*, No. 2:23-CV-00449-JRG, 2024 WL 4519760, at *2 (E.D. Tex. Oct. 17, 2024). For example, and on information and belief (and as provided for herein), Defendant imports, and/or has imported and/or shipped infringing products into the United States through and with its supply chain partners and/or agents, including, but not limited to, Defendant's subsidiaries and/or affiliates and/or agents. Defendant supplies infringing products (e.g., Honda and Acura-branded vehicles) to its customers, subsidiaries, affiliates, agents, and/or distributors knowing that its products accused of infringement are offered for sale, sold, imported, and/or used by Defendant, its customers, subsidiaries, affiliates, and/or agents in the United States and this District. Products accused of infringement were (and are) directed to this District and were (and are) available for purchase in this District via dealerships. The lengthy and complex distribution chain does not insulate Defendant from suit in Texas.

18. Defendant intentionally placed its Honda and Acura-branded vehicles in a distribution chain flowing from Asia to the United States, Texas, and this District. For example, Defendant intentionally places Honda and Acura-branded vehicles in a distribution or supply chain knowing that such Honda and Acura-branded vehicles ultimately arrive in the United States market and this District through, at least, its direct and indirect customers such as dealerships. Defendant,

through its sales of Honda and Acura-branded vehicles downstream knew (or should have reasonably known) the likely destination of the products, where Defendant's conduct and connections with Texas and this District were such that Defendant should have reasonably anticipated being brought to court in this District.

19. Also, by way of example, and on information and belief, Defendant has (and has had) U.S.-based (and/or foreign-based) employees that work in connection with the infringing products.

20. In addition, Defendant, directly or through its wholly owned subsidiaries and/or agents, has knowingly induced, and continues to knowingly induce, infringement within this State and this District by advertising, marketing, offering for sale and/or selling the Accused Products (as more particularly identified and described throughout this Complaint) that incorporate the fundamental technologies covered by the Asserted Patents. Such advertising, marketing, offering for sale and/or selling of infringing products is directed to consumers, customers, manufacturers, integrators, suppliers, distributors, resellers, partners, and/or end users, and this includes providing instructions, user manuals, advertising, and/or marketing materials that facilitate, direct and encourage use of infringing functionality with Defendant's knowledge thereof.

21. Defendant has, in the multitude of ways described above, availed itself of the benefits and privileges of conducting business in this State and willingly subjected itself to the exercise of this Court's personal jurisdiction over it. Defendant also has sufficient minimum contacts with this forum through its transaction of substantial business in this State and this District and its commission of acts of patent infringement as alleged in this Complaint that are purposefully directed towards this State and District.

22. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391 because, among other things, Defendant is not a resident in the United States and thus may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3).

23. In addition, or in the alternative, this Court has personal jurisdiction over Defendant pursuant to Fed. R. Civ. P. 4(k)(2).

**PATENTS-IN-SUIT**

24. On July 17, 2018, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,023,020 (the "'020 Patent") entitled "Look Ahead Vehicle Suspension System." A true and correct copy of the '020 Patent is available at: https://patentimages.storage.googleapis.com/bb/da/e6/85e8c232c0b808/US10023020.pdf.

25. On November 6, 2018, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,118,454 (the "'454 Patent") entitled "Look Ahead Vehicle Suspension System." A true and correct copy of the '454 Patent is available at: https://patentimages.storage.googleapis.com/8d/42/cf/8da10912ec23d9/US10118454.pdf.

26. On June 18, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,322,615 (the "'615 Patent") entitled "Look Ahead Vehicle Suspension System." A true and correct copy of the '615 Patent is available at: https://patentimages.storage.googleapis.com/09/6e/88/49812359542fbb/US10322615.pdf.

27. On November 19, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,479,158 (the "'158 Patent") entitled "Look Ahead Vehicle Suspension System." A true and correct copy of the '158 Patent is available at: https://patentimages.storage.googleapis.com/5f/7d/78/77f4b1c2050c24/US10479158.pdf.

28. Enpulz is the sole and exclusive owner of all right, title, and interest in the '020

Patent, the ’454 Patent, the ’615 Patent, and the ’158 Patent (collectively, the “Patents-in-Suit” or “Asserted Patents”) and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. Enpulz also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

29. Enpulz and any assignees have at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit. On information and belief, Enpulz and all prior assignees have never licensed the Patents-in-Suit.

## FACTUAL ALLEGATIONS

30. The Patents-in-Suit generally relate to systems and methods for sensing and/or imaging upcoming roadway conditions and using that information to proactively and independently adjust a vehicle’s suspension before its wheels encounter the detected conditions. The technology described in the Patents-in-Suit was developed by James D. Bennett. For example, this technology infringed by Honda and Acura’s ADAS systems, such as the Collision Mitigation Breaking System, the Vehicle Stability Assist System, and the Adaptive Damper System, including previous versions thereof, included in vehicles, in all trims and configurations, such as the Honda Accord, Honda Civic Sedan, Honda Civic Coupe, Honda Civic Hatchback, Honda Civic Si, Honda Civic Type R, Honda CR-V, Honda HRV, Honda Passport, Honda Odyssey, Honda Ridgeline, Honda Fit, Honda Insight, Honda Clarity, Honda Prelude, Acura ILX, Acura TLX, Acura RLX, Acura RDX, Acura MDX, Acura NSX, Acura Integra, and Acura ADX, among other automotive vehicles (collectively, the “Accused Products”).

31. Defendant has infringed and continues to infringe the Patents-in-Suit by one or more of making, using, selling, offering to sell, and/or importing, and by actively inducing others

to make, use, sell, offer to sell, and/or importing commercial and personal vehicles, which are used or tested by Defendant and its direct or indirect customers or users in the United States.

**COUNT I**
**(Infringement of the ’020 Patent)**

32. Paragraphs 1 through 31 are incorporated by reference as if fully set forth herein.

33. Enpulz has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the ’020 Patent.

34. Defendant has and continues to directly infringe the ’020 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, importing into the United States, and/or exporting from the United States the Accused Products that satisfy each and every limitation of one or more claims of the ’020 Patent. The Accused Products include, but are not limited to, vehicles with Defendant’s ADAS systems, including the Collision Mitigation Braking System, and Vehicle Stability Assist System, included in all trims and configurations, such as the Honda Accord 2024. The Honda Accord 2024 is exemplary and representative of the Accused Products.

35. For example, Defendant has and continues to directly infringe at least Claim 11 of the ’020 Patent by making, using, offering to sell, selling, and/or importing the Accused Products into the United States, and/or exporting from the United States the Accused Products that include vehicles with Defendant’s ADAS systems, including the Collision Mitigation Braking System, and Vehicle Stability Assist System, or equivalents thereof, such as in the Honda Accord 2024, among other products.

36. The Honda Accord 2024 comprises a motor vehicle used on a roadway, the motor vehicle having at least a front tire and a rear tire, the motor vehicle comprising: processing circuitry; a first adjustable suspension assembly associated with the front tire; a second adjustable

suspension assembly associated with a rear tire, the first adjustable suspension assembly and the second adjustable suspension assembly being independently adjustable in response to signals from the processing circuitry. For example, the Honda Accord 2024 has a front and rear suspension. The Honda Accord 2024 further includes ADAS safety features, such as the Collision Mitigation Braking System.




**HANDLING & COMFORT**

**Suspension**

The Accord combines sportiness and comfort without compromise, with a front suspension tuned for low-friction steering and a rear suspension designed to reduce road vibration.

**Collision Mitigation Braking System™**

The Collision Mitigation Braking System™ (CMBS™)* can alert and assist you when there's a risk of collision with a detected vehicle or pedestrian in front of you. The system can automatically apply brake pressure when it determines that a collision is unavoidable. [1]

[1] https://automobiles.honda.com/2024/accord-sedan

37. By way of further example, Honda Accord 2024 has an independent multi-link rear suspension and MacPherson strut front suspension. A microprocessor uses data from the sensors of the Vehicle Stability Assist System to adjust the front and rear suspensions independently.

> **MacPherson Strut Front Suspension**
> A MacPherson strut front suspension is engineered to provide inspired handling performance and a responsive feel for the driver. L-shaped aluminum lower suspension arms connect to the cast-aluminum subframe via hydraulic compliance bushings. Engineered to absorb both longitudinal and lateral forces, they provide the ideal combination of handling stability, ride comfort and refinement, with maximum isolation from road noise and vibration. A new damper mount bearing and ball joint reduce system friction by 33%.

> **Independent Multi-Link Rear Suspension**
> Accord's multi-link rear suspension includes stamped-steel arms, cast-aluminum hub carriers and a stabilizer bar. Mounted on a floating type steel subframe, the rear suspension provides agile handling, both during normal driving and in emergency maneuvers, together with a flat ride. The rear track has been widened 0.4 inches to improve stability.

[2]

> - MacPherson strut front suspension
> - Independent multi-link rear suspension

> - Vehicle Stability Assist™ (VSA)[5] with traction control Anti-lock braking system (ABS)

[3]

> **Front and Rear Suspension**
> The 2018 Accord's new suspension system uses a combination of front MacPherson struts and rear multi-link with rigid subframes, including a lightweight cast-aluminum unit in front and floating type in the rear. The strut-style front suspension improves the room available for crash reinforcement, and the compact multi-link rear suspension provides outstanding handling characteristics and ride quality – while also helping to maximize second-row seating and cargo space. Front and rear stabilizer bars on all trims improve turn-in response while reducing body roll during cornering. The stabilizer bars are now bonded to their mounting bushings and use low-friction connecting links for smoother operation. Sport trims have firmer spring and stabilizer tuning for improved responsiveness and a more connected feel, in keeping with the expectations of the Sport buyer.
>
> In a first for Accord, Touring trims feature an Adaptive Damper System with a wide range of damping capabilities. Controlled by a microprocessor using information from the Vehicle Stability Assist (VSA) system's wheel sensors, yaw/G sensor, engine rpm and torque, and steering angle, the Adaptive Damper System can adjust every 0.002 seconds to adapt individual wheels to road surfaces. This provides the Accord Touring trims with the most composed and comfortable ride possible for the road conditions.

[4]

38. The Honda Accord 2024 comprises a front reflection sensor disposed to collect first information about a first portion of the roadway, the first portion of the roadway being located in front of the front tire. For example, the Honda Accord 2024 includes sensors, such as cameras and

---

[2] https://hondanews.com/en-US/honda-automobiles/releases/release-d95e86a42b1b62ebbbc78120ff00a1fd-2023-honda-accord-press-kit
[3] https://www.hondainfocenter.com/-/media/Honda-Sales-Tool-Media-Folder/Images/2024-Accord/PDFs/2024-Accord-Features-by-Trim.ashx
[4] https://hondanews.com/en-US/releases/2018-honda-accord-press-kit-chassis

radars sensors, which are used to detect surrounding objects (e.g., pedestrian detection, lane marked detection).

**Front Sensor Camera**

The camera, used in systems such as Collision Mitigation Braking System™ (CMBS™), Road Departure Mitigation system, Adaptive Cruise Control (ACC) with Low Speed Follow, Lane Keeping Assist System (LKAS), Traffic Jam Assist, Traffic Sign Recognition system, and auto high-beam system, is designed to detect an object that triggers any of the systems to operate its functions.



[5]

**Collision Mitigation Braking System™**

The Collision Mitigation Braking System™ (CMBS™)* can alert and assist you when there's a risk of collision with a detected vehicle or pedestrian in front of you. The system can automatically apply brake pressure when it determines that a collision is unavoidable.

**Lane Keeping Assist System with Traffic Jam Assist**

The Lane Keeping Assist System (LKAS)* helps make highway driving easier, whether you're in traffic or cruising on the open road. While your hands are on the wheel, the system can help keep your vehicle centered in a detected lane by making subtle steering adjustments. [6]

[5] https://techinfo.honda.com/rjanisis/pubs/OM/AH/A30B2424IOM/enu/details/131245047-320307.html
[6] https://automobiles.honda.com/2024/accord-sedan

**Radar Sensor**




The radar sensor is behind the Honda emblem on the front grille. [7]

**Suspension**

The **Honda Accord 2024** equip with a finely tuned suspension system that balances comfort and handling. The front suspension features a **MacPherson strut setup**, which effectively absorbs road imperfections, ensuring a smooth ride. The rear suspension uses a **multi-link design**, providing stability and control, especially during cornering and high-speed driving. This combination allows the Accord to glide over uneven surfaces while maintaining excellent road grip and reducing body roll. Whether on city streets or highways, the suspension system enhances overall driving comfort and responsiveness.

**Ground Clearance**

The **Honda Accord 2024** offers a ground clearance of **5.8 inches**, providing a balance between sporty handling and the ability to navigate uneven road surfaces with ease. This height is ideal for city driving and occasional rough terrain. [8]

In a first for Accord, Touring trims feature an Adaptive Damper System with a wide range of damping capabilities. Controlled by a microprocessor using information from the Vehicle Stability Assist (VSA) system's wheel sensors, yaw/G sensor, engine rpm and torque, and steering angle, the Adaptive Damper System can adjust every 0.002 seconds to adapt individual wheels to road surfaces. This provides the Accord Touring trims with the most composed and comfortable ride possible for the road conditions. [9]

39. The Honda Accord 2024 comprises the processing circuitry being configured to receive and analyze the first information to identify a roadway characteristic; the processing circuitry being further configured to respond to the identification of the roadway characteristic by: determining whether and when to direct a first adjustment of the first adjustable suspension assembly and a second adjustment of the second adjustable suspension assembly, the second

[7] https://techinfo.honda.com/rjanisis/pubs/OM/AH/A30B2424IOM/enu/details/131245047-393311.html

[8] https://medium.com/@3pmclass1/honda-accord-2024-model-price-in-pakistan-review-more-features-technology-world-e5c94372db1b

[9] https://hondanews.com/en-US/releases/2018-honda-accord-press-kit-chassis

adjustment being coordinated with and independent of the first adjustment in an attempt to accommodate the roadway characteristic. For example, based on the condition of the road, such as an uneven road surface, the Honda Accord 2024's Vehicle Stability Assist System can independently adjust the front and rear wheel dampers/suspensions.

- MacPherson strut front suspension
- Independent multi-link rear suspension

- Vehicle Stability Assist™ (VSA)[5] with traction control Anti-lock braking system (ABS)

[10]

**Suspension**

The **Honda Accord 2024** equip with a finely tuned suspension system that balances comfort and handling. The front suspension features a **MacPherson strut setup**, which effectively absorbs road imperfections, ensuring a smooth ride. The rear suspension uses a **multi-link design**, providing stability and control, especially during cornering and high-speed driving. This combination allows the Accord to glide over uneven surfaces while maintaining excellent road grip and reducing body roll. Whether on city streets or highways, the suspension system enhances overall driving comfort and responsiveness.

**Ground Clearance**

The **Honda Accord 2024** offers a ground clearance of **5.8 inches**, providing a balance between sporty handling and the ability to navigate uneven road surfaces with ease. This height is ideal for city driving and occasional rough terrain.

[11]

In a first for Accord, Touring trims feature an Adaptive Damper System with a wide range of damping capabilities. Controlled by a microprocessor using information from the Vehicle Stability Assist (VSA) system's wheel sensors, yaw/G sensor, engine rpm and torque, and steering angle, the Adaptive Damper System can adjust every 0.002 seconds to adapt individual wheels to road surfaces. This provides the Accord Touring trims with the most composed and comfortable ride possible for the road conditions.

[12]

40. The Honda Accord 2024 comprises the processing circuitry being configured to receive and analyze the first information to identify a roadway characteristic; the processing

[10] https://www.hondainfocenter.com/-/media/Honda-Sales-Tool-Media-Folder/Images/2024-Accord/PDFs/2024-Accord-Features-by-Trim.ashx

[11] https://medium.com/@3pmclass1/honda-accord-2024-model-price-in-pakistan-review-more-features-technology-world-e5c94372db1b

[12] https://hondanews.com/en-US/releases/2018-honda-accord-press-kit-chassis

circuitry being further configured to respond to the identification of the roadway characteristic by: determining whether to invoke an automatic driving function in an attempt to avoid the roadway characteristic; and determining whether to invoke a safety system to prepare for an encounter with the roadway characteristic. For example, the Honda Accord 2024 is equipped with various safety features, such as Collision Mitigation and Lane-Keep Assist. When the Honda Accord 2024 anticipates a collision and the driver does not react to the collision warnings, automatic emergency brakes are applied by the vehicle.

**SAFETY FEATURES**

- Collision Mitigation Braking System™ (CMBS™)[8] (Honda Sensing® feature)
- Forward Collision Warning (FCW)[9] (Honda Sensing® feature)
- Road Departure Mitigation System (RDM)[4] (Honda Sensing® feature)
- Lane Departure Warning (LDW)[10] (Honda Sensing® feature)
- Automatic collision notification

[13]

**Collision Mitigation Braking System™**

The Collision Mitigation Braking System™ (CMBS™)* can alert and assist you when there's a risk of collision with a detected vehicle or pedestrian in front of you. The system can automatically apply brake pressure when it determines that a collision is unavoidable.

[13] https://www.hondainfocenter.com/-/media/Honda-Sales-Tool-Media-Folder/Images/2024-Accord/PDFs/2024-Accord-Features-by-Trim.ashx

**Lane Keeping Assist System with Traffic Jam Assist**

The Lane Keeping Assist System (LKAS)* helps make highway driving easier, whether you're in traffic or cruising on the open road. While your hands are on the wheel, the system can help keep your vehicle centered in a detected lane by making subtle steering adjustments. [14]

**Front Sensor Camera**

The camera, used in systems such as Collision Mitigation Braking System™ (CMBS™), Road Departure Mitigation system, Adaptive Cruise Control (ACC) with Low Speed Follow, Lane Keeping Assist System (LKAS), Traffic Jam Assist, Traffic Sign Recognition system, and auto high-beam system, is designed to detect an object that triggers any of the systems to operate its functions. [15]

41. Defendant has and continues to indirectly infringe one or more claims of the '020 Patent by knowingly and intentionally inducing others, including Honda's customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

42. Defendant, with knowledge[16] that these products, or the use thereof, infringe the '020 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '020 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendant has adopted a policy of not reviewing the

---

[14] https://automobiles.honda.com/2024/accord-sedan

[15] https://techinfo.honda.com/rjanisis/pubs/OM/AH/A30B2424IOM/enu/details/131245047-320307.html

[16] Defendant cited to the '020 Patent family in connection with at least one of its own patents, including U.S. Patent No. 12,330,465 entitled "Vehicular state estimation apparatus, and method of controlling operation of active suspension apparatus," which was granted on June 17, 2025. Accordingly, Defendant had knowledge of the '020 Patent as early as June 17, 2025, if not sooner. *See* https://patents.google.com/patent/US12330465B2/en.

patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendant's specific industry, with the subjective belief that there was a high probability that Defendant would learn of its infringing activities, thereby remaining willfully blind to the '020 Patent at least as early as the issuance of the '020 Patent.

43. Defendant has and continues to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '020 Patent, but while remaining willfully blind to the infringement. Defendant has and continues to induce infringement by its customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant's websites, product literature and packaging, and other publications.[17] For example, Defendant provides customers and end-users with Owner's Manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendant's Owner's Manuals and other vehicle information documents are prepared to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, ADAS systems, such as Collision Mitigation Breaking, and the Vehicle Stability Assistance System are on automatically, and therefore, the operation of the Accused Products necessarily infringes the '020 Patent. Alternatively, Defendant's instructional materials, such as the Owner's Manuals, instruct Defendant's customers and end-users on how to enable the infringing systems, thereby inducing infringement of the '020 Patent.

[17] *See* Honda Accord 2024 Owner's Manual, available at: https://mygarage.honda.com/s/manuals-search?brand=honda; *see also* https://www.hondainfocenter.com/2024/accord/lx#how-to-videos; https://www.hondainfocenter.com/All-Resources/Owner-Resources/.

44. Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and directly infringes the '020 Patent. Defendant performs these affirmative acts with knowledge of the '020 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '020 Patent.

45. Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '020 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '020 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '020 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '020 Patent. The accused components include, but are not limited to, the hardware and software components of Honda and Acura's ADAS systems and Vehicle Stability Assist System. Defendant performs these affirmative acts with knowledge of the '020 Patent and with intent, or willful blindness, that they cause the direct infringement of the '020 Patent.

46. Enpulz has suffered damages as a result of Defendant's direct and indirect infringement of the '020 Patent in an amount to be proved at trial.

47. Enpulz has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '020 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

**COUNT II**
**(Infringement of the '454 Patent)**

48. Paragraphs 1 through 31 are incorporated by reference as if fully set forth herein.

49. Enpulz has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '454 Patent.

50. Defendant has and continues to directly infringe the '454 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, importing into the United States, and/or exporting from the United States the Accused Products that satisfy each and every limitation of one or more claims of the '454 Patent. The Accused Products include, but are not limited to, vehicles with Defendant's ADAS systems, including the Collision Mitigation Braking System, and Vehicle Stability Assist System, included in all trims and configurations, such as the Honda Accord 2024. The Honda Accord 2024 is exemplary and representative of the Accused Products.

51. For example, Defendant has and continues to directly infringe at least Claim 8 of the '454 Patent by making, using, offering to sell, selling, and/or importing the Accused Products into the United States, and/or exporting from the United States the Accused Products that include vehicles with Defendant's ADAS systems, including the Collision Mitigation Braking System, and Vehicle Stability Assist System, or equivalents thereof, such as in the Honda Accord 2024, among other products.

52. The Honda Accord 2024 comprises a vehicle configured to move along a roadway that has an upcoming roadway concern located in front of the vehicle, the vehicle comprising: an independently adjustable suspension system. For example, the Honda Accord 2024 has a front and a rear suspension. It also includes advanced safety features, such as a collision mitigation braking system. The Honda Accord 2024's suspension system and safety features adapt the vehicle to

varying road conditions such as uneven surfaces and objects present on the road in front of the vehicle.




**HANDLING & COMFORT**

**Suspension**

The Accord combines sportiness and comfort without compromise, with a front suspension tuned for low-friction steering and a rear suspension designed to reduce road vibration.

**Collision Mitigation Braking System™**

The Collision Mitigation Braking System™ (CMBS™)* can alert and assist you when there's a risk of collision with a detected vehicle or pedestrian in front of you. The system can automatically apply brake pressure when it determines that a collision is unavoidable.[18]

[18] https://automobiles.honda.com/2024/accord-sedan

**Suspension**

The **Honda Accord 2024** equip with a finely tuned suspension system that balances comfort and handling. The front suspension features a **MacPherson strut setup**, which effectively absorbs road imperfections, ensuring a smooth ride. The rear suspension uses a **multi-link design**, providing stability and control, especially during cornering and high-speed driving. This combination allows the Accord to glide over uneven surfaces while maintaining excellent road grip and reducing body roll. Whether on city streets or highways, the suspension system enhances overall driving comfort and responsiveness.

**Ground Clearance**

The **Honda Accord 2024** offers a ground clearance of **5.8 inches**, providing a balance between sporty handling and the ability to navigate uneven road surfaces with ease. This height is ideal for city driving and occasional rough terrain. [19]

53. By way of further example, the Honda Accord 2024 has an independent multi-link rear suspension and MacPherson strut front suspensions. A microprocessor uses data from the sensors connected to the Vehicle Stability Assist System to adjust the front and rear suspensions independently.

**MacPherson Strut Front Suspension**

A MacPherson strut front suspension is engineered to provide inspired handling performance and a responsive feel for the driver. L-shaped aluminum lower suspension arms connect to the cast-aluminum subframe via hydraulic compliance bushings. Engineered to absorb both longitudinal and lateral forces, they provide the ideal combination of handling stability, ride comfort and refinement, with maximum isolation from road noise and vibration. A new damper mount bearing and ball joint reduce system friction by 33%.

**Independent Multi-Link Rear Suspension**

Accord's multi-link rear suspension includes stamped-steel arms, cast-aluminum hub carriers and a stabilizer bar. Mounted on a floating type steel subframe, the rear suspension provides agile handling, both during normal driving and in emergency maneuvers, together with a flat ride. The rear track has been widened 0.4 inches to improve stability. [20]

- MacPherson strut front suspension
- Independent multi-link rear suspension

[19] https://medium.com/@3pmclass1/honda-accord-2024-model-price-in-pakistan-review-more-features-technology-world-e5c94372db1b
[20] https://hondanews.com/en-US/honda-automobiles/releases/release-d95e86a42b1b62ebbbc78120ff00a1fd-2023-honda-accord-press-kit

- Vehicle Stability Assist™ (VSA)[5] with traction control Anti-lock braking system (ABS) [21]

**Front and Rear Suspension**

The 2018 Accord's new suspension system uses a combination of front MacPherson struts and rear multi-link with rigid subframes, including a lightweight cast-aluminum unit in front and floating type in the rear. The strut-style front suspension improves the room available for crash reinforcement, and the compact multi-link rear suspension provides outstanding handling characteristics and ride quality – while also helping to maximize second-row seating and cargo space. Front and rear stabilizer bars on all trims improve turn-in response while reducing body roll during cornering. The stabilizer bars are now bonded to their mounting bushings and use low-friction connecting links for smoother operation. Sport trims have firmer spring and stabilizer tuning for improved responsiveness and a more connected feel, in keeping with the expectations of the Sport buyer.

In a first for Accord, Touring trims feature an Adaptive Damper System with a wide range of damping capabilities. Controlled by a microprocessor using information from the Vehicle Stability Assist (VSA) system's wheel sensors, yaw/G sensor, engine rpm and torque, and steering angle, the Adaptive Damper System can adjust every 0.002 seconds to adapt individual wheels to road surfaces. This provides the Accord Touring trims with the most composed and comfortable ride possible for the road conditions. [22]

54. The Honda Accord 2024 comprises at least one capture element configured to capture image data corresponding to the roadway. For example, the Honda Accord 2024 includes sensors, such as cameras and radars sensors, which are used to detect road conditions and defects (e.g., pedestrian detection, lane marked detection, potholes, bumps, etc.). The sensors are also used to detect potholes and speed bumps present on the road.

**Front Sensor Camera**

The camera, used in systems such as Collision Mitigation Braking System™ (CMBS™), Road Departure Mitigation system, Adaptive Cruise Control (ACC) with Low Speed Follow, Lane Keeping Assist System (LKAS), Traffic Jam Assist, Traffic Sign Recognition system, and auto high-beam system, is designed to detect an object that triggers any of the systems to operate its functions.



[23]

[21] https://www.hondainfocenter.com/-/media/Honda-Sales-Tool-Media-Folder/Images/2024-Accord/PDFs/2024-Accord-Features-by-Trim.ashx
[22] https://hondanews.com/en-US/releases/2018-honda-accord-press-kit-chassis
[23] https://techinfo.honda.com/rjanisis/pubs/OM/AH/A30B2424IOM/enu/details/131245047-320307.html

**Collision Mitigation Braking System™**

The Collision Mitigation Braking System™ (CMBS™)* can alert and assist you when there's a risk of collision with a detected vehicle or pedestrian in front of you. The system can automatically apply brake pressure when it determines that a collision is unavoidable.

**Lane Keeping Assist System with Traffic Jam Assist**

The Lane Keeping Assist System (LKAS)* helps make highway driving easier, whether you're in traffic or cruising on the open road. While your hands are on the wheel, the system can help keep your vehicle centered in a detected lane by making subtle steering adjustments. [24]

**Radar Sensor**




The radar sensor is behind the Honda emblem on the front grille. [25]

**Suspension**

The **Honda Accord 2024** equip with a finely tuned suspension system that balances comfort and handling. The front suspension features a **MacPherson strut setup**, which effectively absorbs road imperfections, ensuring a smooth ride. The rear suspension uses a **multi-link design**, providing stability and control, especially during cornering and high-speed driving. This combination allows the Accord to glide over uneven surfaces while maintaining excellent road grip and reducing body roll. Whether on city streets or highways, the suspension system enhances overall driving comfort and responsiveness.

---

[24] https://automobiles.honda.com/2024/accord-sedan
[25] https://techinfo.honda.com/rjanisis/pubs/OM/AH/A30B2424IOM/enu/details/131245047-393311.html

**Ground Clearance**

The **Honda Accord 2024** offers a ground clearance of **5.8 inches**, providing a balance between sporty handling and the ability to navigate uneven road surfaces with ease. This height is ideal for city driving and occasional rough terrain. [26]

In a first for Accord, Touring trims feature an Adaptive Damper System with a wide range of damping capabilities. Controlled by a microprocessor using information from the Vehicle Stability Assist (VSA) system's wheel sensors, yaw/G sensor, engine rpm and torque, and steering angle, the Adaptive Damper System can adjust every 0.002 seconds to adapt individual wheels to road surfaces. This provides the Accord Touring trims with the most composed and comfortable ride possible for the road conditions. [27]

55. The Honda Accord 2024 comprises a processing circuitry, based on current drive control function settings, the captured image data and vehicle motion data, and is configured to both: determine whether to automatically adjust the independently adjustable suspension system to adapt to the roadway. For example, the Honda Accord 2024's Vehicle Stability Assist System automatically adjusts the suspension (e.g., using the vehicle's sensor data to determine when to adjust the vehicle's suspension system based on certain conditions). The Vehicle Stability Assist System considers current drive control function settings (e.g., the road conditions, the vehicle steering angle, drive mode), and vehicle motion data (e.g., speed, body angle, engine rpm, torque) to determine the changes in the suspension system.

- MacPherson strut front suspension
- Independent multi-link rear suspension

- Vehicle Stability Assist™ (VSA)[5] with traction control Anti-lock braking system (ABS) [28]

[26] https://medium.com/@3pmclass1/honda-accord-2024-model-price-in-pakistan-review-more-features-technology-world-e5c94372db1b
[27] https://hondanews.com/en-US/releases/2018-honda-accord-press-kit-chassis
[28] https://www.hondainfocenter.com/-/media/Honda-Sales-Tool-Media-Folder/Images/2024-Accord/PDFs/2024-Accord-Features-by-Trim.ashx

**Suspension**

The **Honda Accord 2024** equip with a finely tuned suspension system that balances comfort and handling. The front suspension features a **MacPherson strut setup**, which effectively absorbs road imperfections, ensuring a smooth ride. The rear suspension uses a **multi-link design**, providing stability and control, especially during cornering and high-speed driving. This combination allows the Accord to glide over uneven surfaces while maintaining excellent road grip and reducing body roll. Whether on city streets or highways, the suspension system enhances overall driving comfort and responsiveness.

**Ground Clearance**

The **Honda Accord 2024** offers a ground clearance of **5.8 inches**, providing a balance between sporty handling and the ability to navigate uneven road surfaces with ease. This height is ideal for city driving and occasional rough terrain. [29]

In a first for Accord, Touring trims feature an Adaptive Damper System with a wide range of damping capabilities. Controlled by a microprocessor using information from the Vehicle Stability Assist (VSA) system's wheel sensors, yaw/G sensor, engine rpm and torque, and steering angle, the Adaptive Damper System can adjust every 0.002 seconds to adapt individual wheels to road surfaces. This provides the Accord Touring trims with the most composed and comfortable ride possible for the road conditions. [30]

56. The Honda Accord 2024 comprises a processing circuitry, based on current drive control function settings, the captured image data and vehicle motion data, and is configured to both: determine, based on the upcoming roadway concern, whether to automatically modify at least one of the current drive control function settings. For example, the Honda Accord 2024 is equipped with various safety features, such as Collision Mitigation and Lane-Keep Assist. When the Honda Accord 2024 anticipates a collision and the driver does not react to the collision warnings, the current drive control function settings are modified (e.g., automatic emergency brakes are applied by the vehicle). Similarly, when the Honda Accord 2024 deviates from its lane, the current drive control function settings are modified (e.g., steering adjustments are made to correct the vehicle's direction within the lanes).

[29] https://medium.com/@3pmclass1/honda-accord-2024-model-price-in-pakistan-review-more-features-technology-world-e5c94372db1b
[30] https://hondanews.com/en-US/releases/2018-honda-accord-press-kit-chassis

**SAFETY FEATURES**

- Collision Mitigation Braking System™ (CMBS™)[8] (Honda Sensing® feature)
- Forward Collision Warning (FCW)[9] (Honda Sensing® feature)
- Road Departure Mitigation System (RDM)[4] (Honda Sensing® feature)
- Lane Departure Warning (LDW)[10] (Honda Sensing® feature)
- Automatic collision notification

[31]

**Collision Mitigation Braking System™**

The Collision Mitigation Braking System™ (CMBS™)* can alert and assist you when there's a risk of collision with a detected vehicle or pedestrian in front of you. The system can automatically apply brake pressure when it determines that a collision is unavoidable.

**Lane Keeping Assist System with Traffic Jam Assist**

The Lane Keeping Assist System (LKAS)* helps make highway driving easier, whether you're in traffic or cruising on the open road. While your hands are on the wheel, the system can help keep your vehicle centered in a detected lane by making subtle steering adjustments.

[32]

**Front Sensor Camera**

The camera, used in systems such as Collision Mitigation Braking System™ (CMBS™), Road Departure Mitigation system, Adaptive Cruise Control (ACC) with Low Speed Follow, Lane Keeping Assist System (LKAS), Traffic Jam Assist, Traffic Sign Recognition system, and auto high-beam system, is designed to detect an object that triggers any of the systems to operate its functions.

[33]

57. Defendant has and continues to indirectly infringe one or more claims of the '454 Patent by knowingly and intentionally inducing others, including Honda customers and end-users,

---

[31] https://www.hondainfocenter.com/-/media/Honda-Sales-Tool-Media-Folder/Images/2024-Accord/PDFs/2024-Accord-Features-by-Trim.ashx

[32] https://automobiles.honda.com/2024/accord-sedan

[33] https://techinfo.honda.com/rjanisis/pubs/OM/AH/A30B2424IOM/enu/details/131245047-320307.html

to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

58. Defendant, with knowledge[34] that these products, or the use thereof, infringe the ’454 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the ’454 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendant’s specific industry, with the subjective belief that there was a high probability that Defendant would learn of its infringing activities, thereby remaining willfully blind to the ’454 Patent at least as early as the issuance of the ’454 Patent.

59. Defendant has and continues to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the ’454 Patent, but while remaining willfully blind to the infringement. Defendant has and continues to induce infringement by its customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant’s websites, product literature and

[34] Defendant cited to the ’454 Patent family in connection with at least one of its own patents, including U.S. Patent No. 12,330,465 entitled “Vehicular state estimation apparatus, and method of controlling operation of active suspension apparatus,” which was granted on June 17, 2025. Accordingly, Defendant had knowledge of the ’454 Patent as early as June 17, 2025, if not sooner. *See* https://patents.google.com/patent/US12330465B2/en.

packaging, and other publications.[35] For example, Defendant provides customers and end-users with Owner's Manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendant's Owner's Manuals and other vehicle information documents are prepared to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, ADAS systems, such as Collision Mitigation Breaking, and the Vehicle Stability Assistance System are on automatically, and therefore, the operation of the Accused Products necessarily infringes the '454 Patent. Alternatively, Defendant's instructional materials, such as the Owner's Manuals, instruct Defendant's customers and end-users on how to enable the infringing systems, thereby inducing infringement of the '454 Patent.

60. Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and directly infringes the '454 Patent. Defendant performs these affirmative acts with knowledge of the '454 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '454 Patent.

61. Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '454 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '454 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '454 Patent, are not staple articles or commodities of

[35] *See* Honda Accord 2024 Owner's Manual, available at: https://mygarage.honda.com/s/manuals-search?brand=honda; *see also* https://www.hondainfocenter.com/2024/accord/lx#how-to-videos; https://www.hondainfocenter.com/All-Resources/Owner-Resources/.

commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the ’454 Patent. The accused components include, but are not limited to, the hardware and software components of Honda and Acura’s ADAS systems and Vehicle Stability Assist System. Defendant performs these affirmative acts with knowledge of the ’454 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’454 Patent.

62. Enpulz has suffered damages as a result of Defendant’s direct and indirect infringement of the ’454 Patent in an amount to be proved at trial.

63. Enpulz has suffered, and will continue to suffer, irreparable harm as a result of Defendant’s infringement of the ’454 Patent, for which there is no adequate remedy at law, unless Defendant’s infringement is enjoined by this Court.

## COUNT III
## (Infringement of the ’615 Patent)

64. Paragraphs 1 through 31 are incorporated by reference as if fully set forth herein.

65. Enpulz has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the ’615 Patent.

66. Defendant has and continues to directly infringe the ’615 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, importing into the United States, and/or exporting from the United States the Accused Products that satisfy each and every limitation of one or more claims of the ’615 Patent. The Accused Products include, but are not limited to, vehicles with Defendant’s ADAS systems and Adaptive Damper System, included in all trims and configurations, such as the Honda Civic Type R. The Honda Civic Type R is exemplary and representative of the Accused Products.

67. For example, Defendant has and continues to directly infringe at least Claim 7 of the ’615 Patent by making, using, offering to sell, selling, and/or importing the Accused Products into the United States, and/or exporting from the United States the Accused Products that include vehicles with Defendant’s ADAS systems and Adaptive Damper System, or equivalents thereof, such as in the Honda Civic Type R, among other products.

68. The Honda Civic Type R performs a method performed by a vehicle configured to move along a roadway, the vehicle having an independently adjustable suspension system associated with a wheel.





[36]

[36] https://automobiles.honda.com/civic-type-r

> The suspension for the 2020 Civic Type R has also been updated for more responsive and sharper handling. The Adaptive Damper System's control software now evaluates road conditions 10 times faster, resulting in improved damper reactions for both better handling response and ride quality. The rear bushings for the lower B-arm have been stiffened, resulting in better toe-in characteristics when cornering. In front, updated compliance bushings (10 percent stiffer longitudinally) and new lower-friction ball joints result in sharper steering feel for better control.[37]

> A logic tuned specifically to the Type R's unique suspension and tyres delivers independent control of each wheel, improving contact with the road surface (including on uneven surfaces) to maintain high levels of traction at all speeds. This ensures sharp handling and stability during cornering at higher speeds and limits body roll. The damping force is increased further in the revised +R mode [see section 5 below].[38]

69. By way of further example, the Honda Civic Type R features a dual-axis MacPherson strut front suspension and a multi-link rear suspension, providing independent control of each wheel.

> **SUSPENSION**
>
> **Dual-Axis Front Suspension**
>
> Accelerate through corners with maximum confidence, thanks to the unique dual-axis MacPherson strut front suspension that helps minimize torque steer and deliver precise steering response.

> **SUSPENSION**
>
> **Multi-Link Rear Suspension**
>
> With high-rigidity components, the rear suspension offers stability and support for a linear handling response.[39]

---

[37] https://hondanews.com/en-US/honda-automobiles/releases/release-8ee4b11bf532d84dec796be47600f453-2020-honda-civic-type-r-arriving-soon-with-upgraded-performance-honda-sensing-and-new-logr-datalogging-smartphone-app

[38] https://hondanews.eu/eu/et/cars/media/pressreleases/308995/2020-honda-civic-type-r

[39] https://automobiles.honda.com/civic-type-r



[40]

70. The Honda Civic Type R performs the step of detecting defect data associated with a roadway defect in advance of an encounter of the roadway defect with the wheel. For example, the Honda Civic Type R's Adaptive Damper System evaluates road conditions to improve damper reactions. Additionally, the Honda Civic Type R features the Honda Sensing Suite, which uses a wide-view camera to detect objects in a broader area, including regions diagonally in front of the vehicle.

> The suspension for the 2020 Civic Type R has also been updated for more responsive and sharper handling. The Adaptive Damper System's control software now evaluates road conditions 10 times faster, resulting in improved damper reactions for both better handling response and ride quality. The rear bushings for the lower B-arm have been stiffened, resulting in better toe-in characteristics when cornering. In front, updated compliance bushings (10 percent stiffer longitudinally) and new lower-friction ball joints result in sharper steering feel for better control.

> **ENHANCED SAFETY AND DRIVER ASSISTIVE TECHNOLOGIES**
> Every 2020 Civic Type R will be equipped with the Honda Sensing® suite of safety and driver-assistive technologies, making the Honda Sensing® suite standard equipment on all Civic models and trims. Honda Sensing® on Type R includes Adaptive Cruise Control (ACC), Collision Mitigation Braking System™ (CMBS™) incorporating Forward Collision Warning (FCW), Lane Keeping Assist System (LKAS) and Road Departure Mitigation (RDM) incorporating Lane Departure Warning (LDW). Additionally, all Honda Civic models receive automatic high beams as part of their Honda Sensing® package. [41]

[40] https://honcivic.automotive-manuals.com/techinfo/html/en/civic-fc-fk/G008403.html
[41] https://hondanews.com/en-US/honda-automobiles/releases/release-8ee4b11bf532d84dec796be47600f453-2020-honda-civic-type-r-arriving-soon-with-upgraded-performance-honda-sensing-and-new-logr-datalogging-smartphone-app

> Honda SENSING uses a front wide view camera with a wide horizontal view, which detects objects in a broader area including the areas diagonally in front of the vehicle. Front and rear sonar sensors detect various objects, including glass to assist the driver in ensuring safety while parking.

[42]

71. The Honda Civic Type R performs a step of gathering motion data associated with the vehicle. For example, Honda Civic Type R's Adaptive Damper System utilizes input from three G sensors that monitor the car's status and lateral G in real time.

> The Civic Type R's Adaptive Dampers are part of the Drive Mode system that also controls the Electric Power Steering, Drive-by-Wire throttle system, automatic rev-matching, Vehicle Stability Assist™ (VSA®), Agile Handling Assist and traction control. The Adaptive Dampers have electronically adjustable damping that lets the driving mode automatically fine-tune ride and handling to driver preferences.
>
> The Adaptive Damper System takes inputs from three G sensors, four suspension stroke sensors, and steering angle to determine the appropriate damping force for the driving condition.

[43]

> **Adaptive Damper System**
>
> The Adaptive Damper System for the 2020 Civic Type R features upgraded control software. The Adaptive Damper System now evaluates road conditions ten times faster (2Hz to 20hz), resulting in improved damper reactions for both better handling response and ride quality.
>
> Continuous independent control of the damping force in all four dampers is activated by adjusting the current sent to electromagnetic solenoid valves inside the damper, using feedback from a suite of three G-sensors around the car. These G-sensors – one on each side of the car at the base of the A-pillars, and one just forward of the rear axle – and stroke sensors on the suspension of each wheel, monitor the car's status in real-time in concert with lateral G, steering angle and brake pressure sensors. The current to the electromagnetic coils inside the dampers is adjusted in milliseconds, altering the oil flow channels and thereby controlling the damping force.

[44]

72. The Honda Civic Type R performs a step of identifying, in advance of the encounter and based on both the defect data and motion data, suspensions adjustments, and carrying out the suspension adjustments to the independently adjustable suspension system. For example, the Honda Civic Type R features an independent MacPherson strut front suspension and a multi-link rear suspension. The Adaptive Damper System's control software evaluates road conditions and

---

[42] https://global.honda/en/tech/Safety_and_driver_assistive_technologies_Honda_SENSING/
[43] https://hondanews.com/en-US/releases/honda-civic-type-r-chassis
[44] https://hondanews.eu/eu/et/cars/media/pressreleases/308995/2020-honda-civic-type-r

processes data from three G sensors to independently adjust the front and rear suspensions.

> The suspension for the 2020 Civic Type R has also been updated for more responsive and sharper handling. The Adaptive Damper System's control software now evaluates road conditions 10 times faster, resulting in improved damper reactions for both better handling response and ride quality. The rear bushings for the lower B-arm have been stiffened, resulting in better toe-in characteristics when cornering. In front, updated compliance bushings (10 percent stiffer longitudinally) and new lower-friction ball joints result in sharper steering feel for better control.[45]

> The Civic Type R's Adaptive Dampers are part of the Drive Mode system that also controls the Electric Power Steering, Drive-by-Wire throttle system, automatic rev-matching, Vehicle Stability Assist™ (VSA®), Agile Handling Assist and traction control. The Adaptive Dampers have electronically adjustable damping that lets the driving mode automatically fine-tune ride and handling to driver preferences.
>
> The Adaptive Damper System takes inputs from three G sensors, four suspension stroke sensors, and steering angle to determine the appropriate damping force for the driving condition.[46]

> Continuous independent control of the damping force in all four dampers is activated by adjusting the current sent to electromagnetic solenoid valves inside the damper, using feedback from a suite of three G-sensors around the car. These G-sensors – one on each side of the car at the base of the A-pillars, and one just forward of the rear axle – and stroke sensors on the suspension of each wheel, monitor the car's status in real-time in concert with lateral G, steering angle and brake pressure sensors. The current to the electromagnetic coils inside the dampers is adjusted in milliseconds, altering the oil flow channels and thereby controlling the damping force.[47]

73. Through demonstrations, testing, repairs, troubleshooting, training, and instructional guidance, such as at trade shows like CES in the United States, Honda has used the Accused Products in a manner that directly infringes at least Claim 7 of the '615 Patent. For example, Honda has stated that it is currently, and will continue to, test "its next-generation ADAS on public roads in the U.S. . . ."[48]

74. Defendant has and continues to indirectly infringe one or more claims of the '615 Patent by knowingly and intentionally inducing others, including Honda's customers and end-

---

[45] https://hondanews.com/en-US/honda-automobiles/releases/release-8ee4b11bf532d84dec796be47600f453-2020-honda-civic-type-r-arriving-soon-with-upgraded-performance-honda-sensing-and-new-logr-datalogging-smartphone-app
[46] https://hondanews.com/en-US/releases/honda-civic-type-r-chassis
[47] https://hondanews.eu/eu/et/cars/media/pressreleases/308995/2020-honda-civic-type-r
[48] https://global.honda/en/newsroom/news/2025/c251029eng.html

users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

75. Defendant, with knowledge[49] that these products, or the use thereof, infringe the ’615 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the ’615 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendant’s specific industry, with the subjective belief that there was a high probability that Defendant would learn of its infringing activities, thereby remaining willfully blind to the ’615 Patent at least as early as the issuance of the ’615 Patent.

76. Defendant has and continues to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the ’615 Patent, but while remaining willfully blind to the infringement. Defendant has and continues to induce infringement by its customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available

---

[49] Defendant cited to the ’615 Patent family in connection with at least one of its own patents, including U.S. Patent No. 12,330,465 entitled “Vehicular state estimation apparatus, and method of controlling operation of active suspension apparatus,” which was granted on June 17, 2025. Accordingly, Defendant had knowledge of the ’615 Patent as early as June 17, 2025, if not sooner. *See* https://patents.google.com/patent/US12330465B2/en.

information on the infringing technology via Defendant's websites, product literature and packaging, and other publications.[50] For example, Defendant provides customers and end-users with Owner's Manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendant's Owner's Manuals and other vehicle information documents are prepared to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, ADAS systems, such as Collision Mitigation Breaking, and the Vehicle Stability Assistance System are on automatically, and therefore, the operation of the Accused Products necessarily infringes the '615 Patent. Alternatively, Defendant's instructional materials, such as the Owner's Manuals, instruct Defendant's customers and end-users on how to enable the infringing systems, thereby inducing infringement of the '615 Patent.

77. Because of Defendant's inducement, Defendant's customers and end-users use Accused Products in a way Defendant intends and directly infringes the '615 Patent. Defendant performs these affirmative acts with knowledge of the '615 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '615 Patent.

78. Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '615 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '615 Patent is directly infringed by others. The accused components within the Accused

---

[50] *See* Honda Accord 2024 Owner's Manual, available at: https://mygarage.honda.com/s/manuals-search?brand=honda; *see also* https://www.hondainfocenter.com/2024/accord/lx#how-to-videos; https://www.hondainfocenter.com/All-Resources/Owner-Resources/.

Products are material to the invention of the ’615 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the ’615 Patent. The accused components include, but are not limited to, the hardware and software components of Honda and Acura’s ADAS systems, Vehicle Stability Assist System, and Adaptive Damper System. Defendant performs these affirmative acts with knowledge of the ’615 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’615 Patent.

79. Enpulz has suffered damages as a result of Defendant’s direct and indirect infringement of the ’615 Patent in an amount to be proved at trial.

80. Enpulz has suffered, and will continue to suffer, irreparable harm as a result of Defendant’s infringement of the ’615 Patent, for which there is no adequate remedy at law, unless Defendant’s infringement is enjoined by this Court.

**COUNT IV**
**(Infringement of the ’158 Patent)**

81. Paragraphs 1 through 31 are incorporated by reference as if fully set forth herein.

82. Enpulz has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the ’158 Patent.

83. Defendant has and continues to directly infringe the ’158 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, importing into the United States, and/or exporting from the United States the Accused Products that satisfy each and every limitation of one or more claims of the ’158 Patent. The Accused Products include, but are not limited to, vehicles with Defendant’s ADAS systems, including the Collision Mitigation Braking System, and Vehicle Stability Assist System, included in all trims and configurations, such as the Honda Accord 2024.

The Honda Accord 2024 is exemplary and representative of the Accused Products.

84. For example, Defendant has and continues to directly infringe at least Claim 1 of the '158 Patent by making, using, offering to sell, selling, and/or importing the Accused Products into the United States, and/or exporting from the United States the Accused Products that include vehicles with Defendant's ADAS systems, including the Collision Mitigation Braking System, and Vehicle Stability Assist System, or equivalents thereof, such as in the Honda Accord 2024, among other products.

85. The Honda Accord 2024 comprises a wheel-based vehicle configured to travel along a roadway environment, the wheel-based vehicle comprising: a first independent suspension element configured to service a first wheel with a first suspension setting; a second independent suspension element configured to service a second wheel with a second suspension setting. For example, Honda Accord 2024 has independent suspensions for a front wheel and a rear wheel.



HANDLING & COMFORT

**Suspension**

The Accord combines sportiness and comfort without compromise, with a front suspension tuned for low-friction steering and a rear suspension designed to reduce road vibration.

OVERVIEW

**Modern Design in Motion**

The Accord features a sleek look, with available sport styling that amplifies its spirited on-road personality. Inside, you'll find a more comfortable experience, with body-stabilizing seats and available heated and ventilated front seats with automatic climate control.[51]

**Suspension**

The **Honda Accord 2024** equip with a finely tuned suspension system that balances comfort and handling. The front suspension features a **MacPherson strut setup**, which effectively absorbs road imperfections, ensuring a smooth ride. The rear suspension uses a **multi-link design**, providing stability and control, especially during cornering and high-speed driving. This combination allows the Accord to glide over uneven surfaces while maintaining excellent road grip and reducing body roll. Whether on city streets or highways, the suspension system enhances overall driving comfort and responsiveness.[52]

[51] https://automobiles.honda.com/2024/accord-sedan

[52] https://medium.com/@3pmclass1/honda-accord-2024-model-price-in-pakistan-review-more-features-technology-world-e5c94372db1b




| CHASSIS | | | | | | |
|---|---|---|---|---|---|---|
| Advanced Compatibility Engineering™ (ACE™) Body Structure | • | • | • | • | • | • |
| Dynamic Drive Modes | 2-Mode<br>Econ / Normal | << | 4-Mode<br>Econ / Normal / Sport / Individual | << | << | << |
| MacPherson Strut Front Suspension | • | • | • | • | • | • |
| Multi-Link Rear Suspension | • | • | • | • | • | • |
| Stabilizer Bar (mm) (front/rear) | 27.0 x 4.5 (tubular) / 16.0 (solid) | << | 27.2 x 5.0 (tubular) / 16.5 (solid) | << | << | << |

[53]

- Direct-ignition system with immobilizer
- MacPherson strut front suspension
- Independent multi-link rear suspension
- Electric power-assisted rack-and-pinion steering (EPS)
- Front and rear stabilizer bars

[54]

**MacPherson Strut Front Suspension**
A MacPherson strut front suspension is engineered to provide inspired handling performance and a responsive feel for the driver. L-shaped aluminum lower suspension arms connect to the cast-aluminum subframe via hydraulic compliance bushings. Engineered to absorb both longitudinal and lateral forces, they provide the ideal combination of handling stability, ride comfort and refinement, with maximum isolation from road noise and vibration. A new damper mount bearing and ball joint reduce system friction by 33%.

[53] https://hondanews.com/en-US/honda-automobiles/releases/release-e888887b6471c0aba407829ba719f11e-2024-honda-accord-specifications-features
[54] https://www.hondainfocenter.com/-/media/Honda-Sales-Tool-Media-Folder/Images/2024-Accord/PDFs/2024-Accord-Features-by-Trim.ashx

**Independent Multi-Link Rear Suspension**
Accord's multi-link rear suspension includes stamped-steel arms, cast-aluminum hub carriers and a stabilizer bar. Mounted on a floating type steel subframe, the rear suspension provides agile handling, both during normal driving and in emergency maneuvers, together with a flat ride. The rear track has been widened 0.4 inches to improve stability. [55]

86. By way of further example, the Honda Accord 2024 has independent suspensions for each wheel. The adaptive damper system independently adjusts suspension of the front and the rear wheel, allowing a front wheel to have a different suspension setting than a rear wheel.

**Independent Multi-Link Rear Suspension**
Accord's multi-link rear suspension includes stamped-steel arms, cast-aluminum hub carriers and a stabilizer bar. Mounted on a floating type steel subframe, the rear suspension provides agile handling, both during normal driving and in emergency maneuvers, together with a flat ride. The rear track has been widened 0.4 inches to improve stability. [56]

**Front and Rear Suspension**
The 2018 Accord's new suspension system uses a combination of front MacPherson struts and rear multi-link with rigid subframes, including a lightweight cast-aluminum unit in front and floating type in the rear. The strut-style front suspension improves the room available for crash reinforcement, and the compact multi-link rear suspension provides outstanding handling characteristics and ride quality – while also helping to maximize second-row seating and cargo space. Front and rear stabilizer bars on all trims improve turn-in response while reducing body roll during cornering. The stabilizer bars are now bonded to their mounting bushings and use low-friction connecting links for smoother operation. Sport trims have firmer spring and stabilizer tuning for improved responsiveness and a more connected feel, in keeping with the expectations of the Sport buyer.

In a first for Accord, Touring trims feature an Adaptive Damper System with a wide range of damping capabilities. Controlled by a microprocessor using information from the Vehicle Stability Assist (VSA) system's wheel sensors, yaw/G sensor, engine rpm and torque, and steering angle, the Adaptive Damper System can adjust every 0.002 seconds to adapt individual wheels to road surfaces. This provides the Accord Touring trims with the most composed and comfortable ride possible for the road conditions. [57]

Touring Trim

There's nothing better than the Touring when you're looking for the ultimate Accord for your requirements. With 19-inch alloy wheels, ventilated and heated front seats, a head-up display, and a comprehensive GPS with voice navigation is included in this trim. It also comes with rain-sensing wipers, paddle shifters, heated outboard rear seats, and low-speed anti-collision braking. You get the best luxury, convenience, and efficiency when getting the Touring trim.

Standout Features:

- A comfortable experience : Adaptive suspension that enables a smooth ride no matter what kind of road you're driving on
- Never get lost : With a comprehensive navigation system that enables you to drive without constantly checking your phone for directions [58]

87. The Honda Accord 2024 comprises at least one electromagnetic sensing device disposed and configured to capture electromagnetic waves reflected off of the roadway

[55] https://hondanews.com/en-US/honda-automobiles/releases/release-d95e86a42b1b62ebbbc78120ff00a1fd-2023-honda-accord-press-kit.
[56] *Id.*
[57] https://hondanews.com/en-US/releases/2018-honda-accord-press-kit-chassis
[58] https://www.burlesonhonda.com/research/the-new-2022-honda-accord.htm

environment. For example, when off-roading, the auto mode of the multi-terrain feature collects data from various sensors to predict road conditions (e.g., potholes and bumps).

**Front Sensor Camera**

The camera, used in systems such as Collision Mitigation Braking System™ (CMBS™), Road Departure Mitigation system, Adaptive Cruise Control (ACC) with Low Speed Follow, Lane Keeping Assist System (LKAS), Traffic Jam Assist, Traffic Sign Recognition system, and auto high-beam system, is designed to detect an object that triggers any of the systems to operate its functions.



[59]

**Collision Mitigation Braking System™**

The Collision Mitigation Braking System™ (CMBS™)* can alert and assist you when there's a risk of collision with a detected vehicle or pedestrian in front of you. The system can automatically apply brake pressure when it determines that a collision is unavoidable.

**Lane Keeping Assist System with Traffic Jam Assist**

The Lane Keeping Assist System (LKAS)* helps make highway driving easier, whether you're in traffic or cruising on the open road. While your hands are on the wheel, the system can help keep your vehicle centered in a detected lane by making subtle steering adjustments. [60]

---

[59] https://techinfo.honda.com/rjanisis/pubs/OM/AH/A30B2424IOM/enu/details/131245047-320307.html

[60] https://automobiles.honda.com/2024/accord-sedan

**Radar Sensor**




The radar sensor is behind the Honda emblem on the front grille. 61

**Suspension**

The **Honda Accord 2024** equip with a finely tuned suspension system that balances comfort and handling. The front suspension features a **MacPherson strut setup**, which effectively absorbs road imperfections, ensuring a smooth ride. The rear suspension uses a **multi-link design**, providing stability and control, especially during cornering and high-speed driving. This combination allows the Accord to glide over uneven surfaces while maintaining excellent road grip and reducing body roll. Whether on city streets or highways, the suspension system enhances overall driving comfort and responsiveness.

**Ground Clearance**

The **Honda Accord 2024** offers a ground clearance of **5.8 inches**, providing a balance between sporty handling and the ability to navigate uneven road surfaces with ease. This height is ideal for city driving and occasional rough terrain. 62

In a first for Accord, Touring trims feature an Adaptive Damper System with a wide range of damping capabilities. Controlled by a microprocessor using information from the Vehicle Stability Assist (VSA) system's wheel sensors, yaw/G sensor, engine rpm and torque, and steering angle, the Adaptive Damper System can adjust every 0.002 seconds to adapt individual wheels to road surfaces. This provides the Accord Touring trims with the most composed and comfortable ride possible for the road conditions. 63

88. The Honda Accord 2024 comprises processing circuitry configured to, based on the captured electromagnetic waves and vehicle motion data, predict a first time at which the first wheel will contact a first roadway condition, and a second time at which the second wheel will contact a second roadway condition; and the processing circuitry being configured to accommodate the first roadway condition by configuring the first independent suspension element

[61] https://techinfo.honda.com/rjanisis/pubs/OM/AH/A30B2424IOM/enu/details/131245047-393311.html
[62] https://medium.com/@3pmclass1/honda-accord-2024-model-price-in-pakistan-review-more-features-technology-world-e5c94372db1b
[63] https://hondanews.com/en-US/releases/2018-honda-accord-press-kit-chassis

to a third suspension setting, the third suspension setting differing from the first suspension setting. For example, when traveling on uneven road surfaces, the Honda Accord 2024's Vehicle Stability Assist System collects data from various sensors to detect road conditions. Based on the detected condition of the road, the Vehicle Stability Assist System adjusts the suspension of the front and rear wheels independently.

> **Front Sensor Camera**
>
> The camera, used in systems such as Collision Mitigation Braking System™ (CMBS™), Road Departure Mitigation system, Adaptive Cruise Control (ACC) with Low Speed Follow, Lane Keeping Assist System (LKAS), Traffic Jam Assist, Traffic Sign Recognition system, and auto high-beam system, is designed to detect an object that triggers any of the systems to operate its functions. [64]

> **Suspension**
>
> The **Honda Accord 2024** equip with a finely tuned suspension system that balances comfort and handling. The front suspension features a **MacPherson strut setup**, which effectively absorbs road imperfections, ensuring a smooth ride. The rear suspension uses a **multi-link design**, providing stability and control, especially during cornering and high-speed driving. This combination allows the Accord to glide over uneven surfaces while maintaining excellent road grip and reducing body roll. Whether on city streets or highways, the suspension system enhances overall driving comfort and responsiveness.

> **Ground Clearance**
>
> The **Honda Accord 2024** offers a ground clearance of **5.8 inches**, providing a balance between sporty handling and the ability to navigate uneven road surfaces with ease. This height is ideal for city driving and occasional rough terrain. [65]

> In a first for Accord, Touring trims feature an Adaptive Damper System with a wide range of damping capabilities. Controlled by a microprocessor using information from the Vehicle Stability Assist (VSA) system's wheel sensors, yaw/G sensor, engine rpm and torque, and steering angle, the Adaptive Damper System can adjust every 0.002 seconds to adapt individual wheels to road surfaces. This provides the Accord Touring trims with the most composed and comfortable ride possible for the road conditions. [66]

89. Defendant has and continues to indirectly infringe one or more claims of the '158 Patent by knowingly and intentionally inducing others, including Honda's customers and end-

[64] https://techinfo.honda.com/rjanisis/pubs/OM/AH/A30B2424IOM/enu/details/131245047-393311.html
[65] https://medium.com/@3pmclass1/honda-accord-2024-model-price-in-pakistan-review-more-features-technology-world-e5c94372db1b
[66] https://hondanews.com/en-US/releases/2018-honda-accord-press-kit-chassis

users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

90. Defendant, with knowledge[67] that these products, or the use thereof, infringe the ’158 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the ’158 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendant’s specific industry, with the subjective belief that there was a high probability that Defendant would learn of its infringing activities, thereby remaining willfully blind to the ’158 Patent at least as early as the issuance of the ’158 Patent.

91. Defendant has and continues to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the ’158 Patent, but while remaining willfully blind to the infringement. Defendant has and continues to induce infringement by its customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant’s websites, product literature and

[67] Defendant cited to the ’158 Patent family in connection with at least one of its own patents, including U.S. Patent No. 12,330,465 entitled “Vehicular state estimation apparatus, and method of controlling operation of active suspension apparatus,” which was granted on June 17, 2025. Accordingly, Defendant had knowledge of the ’158 Patent as early as June 17, 2025, if not sooner. *See* https://patents.google.com/patent/US12330465B2/en.

packaging, and other publications.[68] For example, Defendant provides customers and end-users with Owner's Manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendant's Owner's Manuals and other vehicle information documents are prepared to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, ADAS systems, such as Collision Mitigation Breaking, and the Vehicle Stability Assistance System are on automatically, and therefore, the operation of the Accused Products necessarily infringes the '158 Patent. Alternatively, Defendant's instructional materials, such as the Owner's Manuals, instruct Defendant's customers and end-users on how to enable the infringing systems, thereby inducing infringement of the '158 Patent.

92. Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and directly infringes the '158 Patent. Defendant performs these affirmative acts with knowledge of the '158 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '158 Patent.

93. Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '158 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '158 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '158 Patent, are not staple articles or commodities of

[68] *See* Honda Accord 2024 Owner's Manual, available at: https://mygarage.honda.com/s/manuals-search?brand=honda; *see also* https://www.hondainfocenter.com/2024/accord/lx#how-to-videos; https://www.hondainfocenter.com/All-Resources/Owner-Resources/.

commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '158 Patent. The accused components include, but are not limited to, the hardware and software components of Honda and Acura's ADAS systems and Vehicle Stability Assist System. Defendant performs these affirmative acts with knowledge of the '158 Patent and with intent, or willful blindness, that they cause the direct infringement of the '158 Patent.

94. Enpulz has suffered damages as a result of Defendant's direct and indirect infringement of the '158 Patent in an amount to be proved at trial.

95. Enpulz has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '158 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Enpulz prays for relief against Defendant as follows:

a. Entry of judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of the Patents-in-Suit;

b. An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the Patents-in-Suit;

c. An order awarding damages sufficient to compensate Enpulz for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

d. Entry of judgment declaring that this case is exceptional and awarding Enpulz its costs and reasonable attorney fees under 35 U.S.C. § 285; and

e. Such other and further relief as the Court deems just and proper.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF ENPULZ AUTOMOTIVE LLC***