**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ENPULZ AUTOMOTIVE LLC, | § | Case No. 2:26-cv-00883 |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| HONDA MOTOR CO., LTD., | § | |
| Defendant. | § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Alfred R. Fabricant, enters his appearance in this matter for Plaintiff Enpulz Automotive LLC for purposes of receiving notices and orders from the Court.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Alfred R. Fabricant*

Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF***
***ENPULZ AUTOMOTIVE LLC***